# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Jackson, Richard B. | 2. Court or Organization  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 3. Date of Report  08/30/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ✔ Annual  ☐ Final  5b. ✔ Amended Report | 6. Reporting Period  01/01/2019  **to**  12/31/2019 |
| 7. Chambers or Office Address  US Courthouse  901 19th St  Denver CO 80294 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | PERA STATE OF COLORADO | $72,966.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | SELF-EMPLOYED TRAVEL AGENT |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  IRA #1 | | | | | | | | | |
| 2.  -VANGUARD VALUE VIPERS | B | Dividend | L | T | | | | | |
| 3.  -BNY institutional S&P 500 (formerly) DREYFUS INST BASIC S AND P 500 | A | Dividend | L | T | | | | | |
| 4.  -VANGUARD EXTENDED MKT VIPERS | A | Dividend | K | T | | | | | |
| 5.  -VANGUARD GROWTH VIPERS | A | Dividend | L | T | | | | | |
| 6.  -BNY MELLON MUNICIPAL OPPORTUNITIES FUND | A | Dividend | K | T | | | | | |
| 7.  -BNYMELLON NATIONAL INTERMEDIATE MUNICIPAL BOND FUND | B | Dividend | M | T | | | | | |
| 8.  -BNY MELLON NATL SHORT TERM MUN BOND FUND | A | Dividend | K | T | | | | | |
| 9.  -bNY Mellon high Yield Fund(formerly DREYFUS HIGH YIELD FUND ) | A | Dividend | J | T | | | | | |
| 10.  -BNY Mellon FLoating Rate incme fund(formerly DREYFUS FLOATIN) | A | Dividend | J | T | | | | | |
| 11.  -BNY Mellon Global Real Retu Fund (formerly DREYFUS GLOBAL REAL ) | A | Dividend | J | T | | | | | |
| 12.  -BNY Mel global real estat(formerl DREYFUS GLOBAL REAL ESTATE FUND) | A | Dividend | J | T | | | | | |
| 13.  -BNY Mel Diversified emerging (Formerly DREYFUS DIVERSIFIED EMR MKTS) | A | Dividend | K | T | | | | | |
| 14.  -ISHARES MSCI EAFE INDEX FD | A | Dividend | L | T | | | | | |
| 15.  -ISHARES TR S AND P MIDCAP 400 | A | Dividend | K | T | | | | | |
| 16.  -ISHARES TR S AND P SMALLCAP 600 | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -BNY Mel Dynamic Totl(formerlyADVANTAGE GLO DYNAMIC TOTAL RETURN FUND) | B | Dividend | K | T | | | | | |
| 18. -SPDR S&P Dividend | A | Dividend | K | T | Buy | 01/16/19 | K | | |
| 19. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 20. -FED HOME LN MTG CORP | A | Dividend | L | T | | | | | |
| 21. -FEDERAL HOME LNMTG CORP | A | Dividend | K | T | | | | | |
| 22. -US TREASURY NOTE 2% 11/21 | A | Interest | L | T | | | | | |
| 23. -U.S.TREASURY NOTE 2.25% 4/30/21 | B | Interest | L | T | | | | | |
| 24. -U.S.TREASURY NOTE 2% 2/15/22 | A | Interest | L | T | | | | | |
| 25. -U.S.TREASURY NOTE 2/% 7/31/20 | A | Interest | L | T | | | | | |
| 26. -US TREASURY NOTE 2% 2/23 | A | Interest | K | T | | | | | |
| 27. -BERKSHIRE HATHAWAY INC 2/11/23 | A | Interest | K | T | | | | | |
| 28. -INTEL CORP 12/15/22 | A | Interest | K | T | | | | | |
| 29. -ISHARES TR MIDCAP | B | Dividend | L | T | | | | | |
| 30. -ISHARES MSCI EAFE INDX FUND | D | Dividend | M | T | | | | | |
| 31. FED HOME LN MTG CORP | B | Dividend | M | T | | | | | |
| 32. -BNYMel adv dyn total ret (former ADVANTAGE DYNA TOTAL RET FUND) | A | Dividend | L | T | Buy (add'l) | 11/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. -DFA EMERGING CORE EQUITY | A | Dividend | L | T | | | | | |
| 34. -BNYMel inst basics&P(form DREYFUS INST BASIC S AND P) 500 STOCK INDEX | D | Dividend | N | T | | | | | |
| 35. -BNYMel Diversified Intl (formerly DREYFUS DIVERSIFIED INTL) | A | Dividend | L | T | | | | | |
| 36. -BNYMel High Yield(formerly DREYFUS HIGH YIELD 1) | B | Dividend | L | T | | | | | |
| 37. -BNY Mel Floating rate (formerly DREYFUS FLOATING RATE) INCOME FUND | A | Dividend | L | T | | | | | |
| 38. -BNYMEl Glbl Dyn Bnd(formerly DREYFUS GLOBAL DYN BOND) INCOME | C | Dividend | L | T | | | | | |
| 39. -BNYMel Global Real estate(formerly DREYFUS GLOBAL REAL EST SECUR FUND | A | Dividend | K | T | | | | | |
| 40. -BNY Mel Intl small cap (formerly DREYFUS INTL SMALL CAP FUND) | A | Dividend | K | T | | | | | |
| 41. -BNYMel select mger s/c (formerly DREYFUS SELECT MGER SCAP) | A | Dividend | L | T | | | | | |
| 42. -BNYMel select mger small cap grow(former Dr MGR SMALL CAP GROWTH | A | Dividend | K | T | | | | | |
| 43. -BNY MELLON INCOME STOCK FUND | C | Dividend | L | T | | | | | |
| 44. -BNY MELLON CORP BOND | B | Dividend | M | T | | | | | |
| 45. -BNY MELLON BOND FUND | B | Dividend | N | T | Buy | 09/20/19 | M | | |
| 46. -ANHEUSER BUSCH 25000 .2.5% 7/15/22 | A | Interest | K | T | | | | | |
| 47. -Van Eck Cm Commodity index | A | Dividend | K | T | Buy | 06/27/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 48. -BLACKROCKK INC 3.5% 3/24 | A | Interest | K | T | | | | | |
| 49. -CATERPILLAR INC 2.6% 6/22 | A | Interest | K | T | | | | | |
| 50. -PEPSICO INC 3.125% 11/20 | A | Interest | K | T | | | | | |
| 51. -WELLS FARGO & CO 3/4/21 | A | Interest | L | T | | | | | |
| 52. 401(k) #1 | | | | | | | | | |
| 53. -PERAdvantage Income Fund | B | Dividend | K | T | | | | | |
| 54. -PERAdvantage Fixed Income | B | Dividend | K | T | | | | | |
| 55. -PERAdvantgage US Large Cap Stk | B | Dividend | J | T | | | | | |
| 56. -PERAdvantage Intl Stock Fd | B | Dividend | J | T | | | | | |
| 57. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 58. -ALAMEDA CNTYH CA TRANSPO AUTHO 3/1/205% | A | Interest | L | T | | | | | |
| 59. -BNYMel Dynamic Tot ret fund (formerlyADVANTAGE DYN TOTAL REFTURN) | A | Dividend | L | T | | | | | |
| 60. -AMERICAN TOWER CORP | A | Dividend | J | T | | | | | |
| 61. -BOULDER VALLEY SCH DIS 4% 12/1/26 | B | Interest | L | T | | | | | |
| 62. -CHEVRON CORP | B | Dividend | K | T | | | | | |
| 63. -EXXON MOBIL | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 64. -UNION PAC CORP | A | Dividend | K | T | | | | | |
| 65. -WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 66. -STARBUCKS CORP | C | Dividend | N | T | | | | | |
| 67. -NESTLE S A SPONSORED ADR REPSTG REG | A | Dividend | L | T | | | | | |
| 68. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 69. -PROCTER & GAMBLE CO | B | Dividend | K | T | | | | | |
| 70. -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 71. -PFIZER INC | A | Dividend | J | T | | | | | |
| 72. -JP MORGAN CHASE & CO | A | Dividend | K | T | | | | | |
| 73. -ACCENTURE PLC | A | Dividend | J | T | | | | | |
| 74. -APPLE INC | A | Dividend | K | T | | | | | |
| 75. -BROADCOM INC | B | Dividend | K | T | | | | | |
| 76. -CORNING | | None | | | Sold | 06/27/19 | J | A | |
| 77. -DEERE AND CO | A | Dividend | K | T | | | | | |
| 78. -EXACT SCIENCES CORP | A | Dividend | J | T | | | | | |
| 79. -GILEAD SCIENCES | | None | | | Sold | 06/27/19 | J | A | |
| 80. -GOOGLE INC/ALPHABET | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 81. -SALESFORCE.COM INC | A | Dividend | J | T | | | | | |
| 82. -ISHARES MSCI EAFE INDEX FD | C | Dividend | M | T | | | | | |
| 83. -ISHARES MSCI EMERGING MKTS INDEX | B | Dividend | L | T | | | | | |
| 84. -ishares russell 2000 | A | Dividend | L | T | Buy | 01/04/19 | L | | |
| 85. -ishares russell midcap | B | Dividend | L | T | Buy | 01/04/19 | L | | |
| 86. -ishares russell msci eafe small cap | B | Dividend | L | T | Buy | 01/02/19 | L | | |
| 87. -VANGUARD EXTENDED MARKET VIPERS INDEX FUND | A | Dividend | L | T | | | | | |
| 88. -BNY MELLON MUNICIPAL OPPORTUNITIES | B | Dividend | M | T | | | | | |
| 89. -TUALATIN HILL OR 3% 6/.21 | B | Interest | L | T | | | | | |
| 90. -PROVO UTAH 4% 1/20 | B | Interest | L | T | | | | | |
| 91. -Univ of Colorado 5% 6/28 | B | Interest | L | T | Buy | 12/12/19 | L | | |
| 92. -Arapahoe Cty Co School Dst 5% 5/25 | C | Interest | L | T | Buy | 01/24/19 | L | | |
| 93. -Denver City Cnty 5% 9/25 | A | Interest | L | T | Buy | 11/14/19 | L | | |
| 94. -Wiggins Co School Dstr 5% 12/26 | B | Interest | L | T | Buy | 06/28/19 | L | | |
| 95. -Weld Co School Dstr 5% 12/24 | B | Interest | L | T | Buy | 12/24/19 | L | | |
| 96. -BEACHWOOD OHIO 12/19 | B | Interest | | | Sold | 12/02/19 | J | A | |
| 97. -ALIGN TECHNOLOGY INC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 98.　-AMAZON .COM INC | A | Dividend | J | T | | | | | |
| 99.　-INTERCONTINENTAL EXCHANGE | | None | | | Sold | 03/07/19 | K | E | |
| 100.　-ADOBE SYSTEMS INC | A | Dividend | J | T | | | | | |
| 101.　-Bristol Myers | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 102.　-CELANESE CORP | A | Dividend | J | T | | | | | |
| 103.　-Cisco Systems | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 104.　-cme group inc | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 105.　-CVS Health | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 106.　-DOUGLAS CNT CO SCH 5/25% 12/15/21 | A | Interest | L | T | | | | | |
| 107.　-EL PASO CNTY CO SCH 5%9/15/24 | A | Interest | L | T | | | | | |
| 108.　-EQUINIX INC | A | Dividend | J | T | | | | | |
| 109.　-EXELON CORP | A | Dividend | J | T | | | | | |
| 110.　-LAM RESH CORP | | None | | | Sold | 01/02/19 | J | D | |
| 111.　-MANSFIELD TX WTR SWR REVN 9/1/19 | A | Interest | | | Sold | 08/01/19 | L | A | |
| 112.　-MEDTRONIC | A | Dividend | J | T | | | | | |
| 113.　-MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 114.　-NUCOR CORP | | None | | | Sold | 03/14/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 115. -PLATTE RIVER CO PWER 5% 6/1/24 | A | Interest | K | T | | | | | |
| 116. -UNIV OF CO ENTERPRISE 5% 6/1/22 | A | Interest | L | T | | | | | |
| 117. -VISA INC | A | Dividend | J | T | | | | | |
| 118. -CHARLES SCHWAB CORP | A | Dividend | J | T | | | | | |
| 119. -EAGLE GARFIELD 4.0% 12/22 | A | Interest | L | T | | | | | |
| 120. -ENGLEWOOD CO 5% 12/1/24 | B | Interest | L | T | | | | | |
| 121. -FACEBOOK INC | A | Dividend | J | T | | | | | |
| 122. -DENVER CITY & CTY CO SCH 12/19/2021 4% | B | Interest | L | T | | | | | |
| 123. -DREYFUS FLOATING RATE INCOME FUND | B | Dividend | | | Sold | 12/04/19 | L | A | |
| 124. -ACTAVIS PLC/ALLERGAN | | None | | | Sold | 01/02/19 | L | A | |
| 125. -ABBOTT LABS | A | Dividend | J | T | | | | | |
| 126. -BNYMel High Yield(formerlyDREYFUS HIGH YIELD FD) | A | Dividend | L | T | Buy (add'l) | 06/26/19 | J | | |
| 127. IRA #2 | | | | | | | | | |
| 128. -BNY MELLON BOND FUND | B | Dividend | L | T | | | | | |
| 129. -BNY MELLON INTERM BOND FUND CLASS M | B | Dividend | L | T | | | | | |
| 130. -BNY MELLON SHORT TERM US GOVERNMENT SEC FUND | A | Dividend | J | T | | | | | |
| 131. -BNY Mel yd enhancedment (formerly DREYFUS Yd ENH STRATEGY FUND | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 132. -BNY Mel dynamic tot return (former ADVANTAGE DYNAMIC TOTAL RETURN) | A | Dividend | J | T | | | | | |
| 133. -BNY MELLON EMERGING MKT FUND | A | Dividend | J | T | | | | | |
| 134. -BNY diversified intl DREYDIVERSIFIED INTER FUND) | A | Dividend | K | T | | | | | |
| 135. -BNY Globa real estate sec | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 136. -BNY Mel inst s&P(formerDREYFUS INST BASIC S AND P 500 STOCK) INDEX FD | B | Dividend | L | T | | | | | |
| 137. -BNY Mel Midcap index(former DREYFUS MIDCAP INDEX) | A | Dividend | K | T | | | | | |
| 138. -BNY Mel select mgr (formerDREYFUS SELECT MANAGER SC) | A | Dividend | J | T | | | | | |
| 139. -van eck Com Commodity | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 140. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 141. -BNY Mel Global Stock fund (formDREYFUS LARGE FUND GROWTH FUND CLASS I | A | Dividend | K | T | | | | | |
| 142. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 143. -CIT GROUP INC NEW | A | Dividend | J | T | | | | | |
| 144. -DIVERSIFIED REAL ASSET INCOME FIND | A | Dividend | J | T | | | | | |
| 145. -GABELLI DIVIDEND & INCOME TRUST | A | Dividend | J | T | | | | | |
| 146. -AIM INV INVESCO VAN KAMPEN CORP BOND FD. | B | Dividend | K | T | | | | | |
| 147. -AIM INV INVESTCO VAN KAMPEN HIGH YD FD CLASS A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 148. -PLUM CREEK TIIMBER CO INC/ Weyerheuser CO | A | Dividend | J | T | | | | | |
| 149. -WELLSFARGO WEALTH WELLS FARGO WEALTH BUILDER MODERATE BALANCE FUND | A | Dividend | K | T | | | | | |
| 150. -WELLS FARGO BANK (VARIOUS ACCOUNTS) | A | Interest | K | T | | | | | |
| 151. TRUST #1 | | | | | | | | | |
| 152. -BNYMel dynamic tot ret fund (formerlyADVANTAGE DYNAMIC TOTAL RET FUND | A | Dividend | J | T | | | | | |
| 153. -SPDR S AND P 500 FD | A | Dividend | K | T | | | | | |
| 154. -I-SHARES MSCI EMERGING MKTS FD | A | Dividend | J | T | | | | | |
| 155. -Ishares Russell midcap index | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 156. -BNY MELLON NATL INTER MUN BD FUND | A | Dividend | K | T | | | | | |
| 157. -BNY MELLON SMALL CAP MULTI STRATEGY | A | Dividend | J | T | | | | | |
| 158. -BNY MELLON MUN OPPORTUNITY FUND | A | Dividend | J | T | | | | | |
| 159. BNYMel high yield fund(formerly DREYFUS HIGH YIELD FD) | A | Dividend | J | T | | | | | |
| 160. -BNYMel floating rate income (former DREYFUS FLOATING RATE INCOME FUND | A | Dividend | J | T | | | | | |
| 161. -bnyMel Global Real Estate | A | Dividend | J | T | Buy | 06/27/19 | J | | |
| 162. -DFA EMERGING MARKETS CORE EQUITY | A | Dividend | J | T | | | | | |
| 163. -Van eck cm commodity | A | Dividend | J | T | Buy | 06/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 164.  TRUST #2 | | | | | | | | | |
| 165.  -BMYMel dyn ttl return (former ADVANTAGE DYNAMIC TOTAL RET FUND) | A | Dividend | K | T | | | | | |
| 166.  -SPDR S&P500ETF(fnaSPDR TRust series 1) | B | Dividend | M | T | Buy (add'l) | 01/02/19 | K | | |
| 167.  -ISHARES MSCI EAFE INDX FD | A | Dividend | K | T | | | | | |
| 168.  -ishares russell midcap | A | Dividend | K | T | Buy | 01/02/19 | K | | |
| 169.  -ishares russell 2000 index | A | Dividend | J | T | Buy | 01/02/19 | J | | |
| 170.  -BNY MELLON MUNICIPAL OPPORT FUND | A | Dividend | K | T | | | | | |
| 171.  -BNY MELLON NATL INTERMED MUNI BOND FUND | A | Dividend | L | T | | | | | |
| 172.  -bnymel high yield (formerDREYFUS HIGH YIELD FUND) | A | Dividend | J | T | | | | | |
| 173.  -bnymelfloating rate (formerDREYFUS FLOATING RATE INCOME FUND) | A | Dividend | J | T | | | | | |
| 174.  -bny Mel diversified intl (formerDREYFUS DIVERSIFIED INTL) | A | Dividend | K | T | | | | | |
| 175.  -bnymel diversified emerging (formerDREYFUS DIVERSIFIED EMERG MKTS) | A | Dividend | J | T | | | | | |
| 176.  -bnymel global real est (formerDREYUS GLOBAL REAL ESTATE) | A | Dividend | J | T | | | | | |
| 177.  -BNYMELLON NATIONAL SHORT TERM MUN FUND | A | Dividend | L | T | | | | | |
| 178.  -VAN ECK CM COMMODITY INDEX FUND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Richard B. | 08/30/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard B. Jackson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544